# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia



FILED
U.S. DISTRICT COURT

2009 MAR 13 P 2:59

CLERK _B McCarthy_

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Michael Freeman | ) Case No: CR103-00051-002 | |
| | ) USM No: 11722-021 | |
| Date of Previous Judgment: July 22, 2004 | ) Martin Puetz | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __154__ months **is reduced to** __132 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __29__    Amended Offense Level: __27__
Criminal History Category: __V__    Criminal History Category: __V__
Previous Guideline Range: __140__ to __175__ months    Amended Guideline Range: __120__ to __150__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining the appropriate sentence reduction in this case.

Except as provided above, all provisions of the judgment dated __July 22, 2004,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 13, 2009__

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
(if different from order date)    Printed name and title